IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 8:11CR349 |
| ) | |
| Plaintiff,   ) | |
| ) | **O R D E R** |
| -vs-   ) | |
| ) | |
| ELIZABETH SANTIAGO-SANTIAGO,   ) | |
| ) | |
| Defendant.   ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize M. Leanne Wells Kendall, as a Criminal Justice Act training panel member, to assist in the defense of Elizabeth Santiago-Santiago.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, M. Leanne Wells Kendall is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. M. Leanne Wells Kendall shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Elizabeth Santiago-Santiago.

Dated this 9th day of March, 2012.

BY THE COURT:

s/ F.A. Gossett
UNITED STATES MAGISTRATE JUDGE